

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-15-00536-CV

Romeo **LONGORIA**, et al.,
Appellant

v.

**EXXON MOBIL CORPORATION**, et al.,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 13-12-16488-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

The Court has considered appellants' motion for rehearing en banc. The motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court